149 A.3d 546

## DEER AUTOMOTIVE GROUP

v.

## BROWN

Pet. Docket No. 359, Sept. Term, 2016

Court of Appeals of Maryland.

November 9, 2016

Pending in the Court of Special Appeals (No. 1266, Sept. Term, 2015).

Petition for writ of certiorari granted.

■

149 A.3d 546

## FUENTES, Miguel A.

v.

## STATE of Maryland

Pet. Docket No. 394, Sept. Term, 2016

Court of Appeals of Maryland.

November 9, 2016

Opinion of the Court of Special Appeals unreported (No. 483, Sept. Term, 2014).

Petition for writ of certiorari granted.